**Jesus Mendoza MALDONADO, Appellant**

v.

**Keith ALEXANDER, In his official capacity as Director of the National Security Agency, et al., Appellees.**

No. 06–5108.

United States Court of Appeals, District of Columbia Circuit.

July 31, 2006.

Rehearing Denied Nov. 21, 2006.

Jesus Mendoza Maldonado, Mission, TX, pro se.

BEFORE: GINSBURG, Chief Judge, RANDOLPH and TATEL, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and appendix filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's orders filed January 30, 2006, and February 23, 2006, be affirmed. The complaint contains factual allegations that are so implausible as to be "fantastic or delusional." *Neitzke v. Williams*, 490 U.S. 319, 327–28, 109 S.Ct. 1827, 104 L.Ed.2d 338 (1989). Accordingly, the district court properly dismissed the case as frivolous. *See* 28 U.S.C. § 1915(e)(2)(B)(i). Moreover, the district court did not abuse its discretion in denying reconsideration of the dismissal of the complaint. *See Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C.Cir.1996).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.